WALTER L. BURT, Respondent, v. WILLIAM H. CATLIN, Appellant.

*Burt* v. *Catlin,* 65 App. Div. 456, affirmed.
(Argued May 8, 1903; decided June 2, 1903.)

APPEAL from a judgment entered November 25, 1901, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the Westchester County Court setting aside a verdict and granting a new trial and directed judgment for the plaintiff upon the verdict.

*Grenville T. Emmet* and *Maurice Dillon* for appellant.

*Frederick W. Sherman* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Dissenting : PARKER, Ch. J., and GRAY, J.

---

JOHN ENRIGHT, Respondent, v. AMERICAN BELGIAN LAMP COMPANY, Appellant.

*Enright* v. *American Belgian Lamp Co.,* 72 App. Div. 633, affirmed.
(Argued May 11, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1902, affirming a judgment in favor of plaintiff entered upon a verdict.

*J. Stewart Ross* for appellant.

*William B. Hurd, Jr.,* and *Herman H. Baker* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.